AO 450 (Rev. 5/85)

# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| PAUL MICKELSEN and BARBARA MICKELSEN, </br> Plaintiffs, </br></br> v. </br></br> WARREN COUNTY, NORTH CAROLINA, </br> Defendant. | ) </br> ) </br> ) </br> ) **JUDGMENT IN A CIVIL CASE** </br> ) **CASE NO. 5:06-CV-360-F** </br> ) </br> ) </br> ) </br> ) |

____ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that the Mickelsens' Motion to Amend/Correct Plaintiffs' Motion to Supplement Response Brief and Response to Defendant's Request to Strike Documents is ALLOWED, the Mickelsens' Motion for Summary Judgment is DENIED, and Warren County's Motion for Summary Judgment is ALLOWED in whole. Any other pending motions are DENIED as moot. The Clerk of Court is directed to close the case.

    THE ABOVE JUDGMENT WAS ENTERED TODAY, **November 29, 2007**, AND A COPY MAILED VIA ELECTRONICALLY OR BY REGULAR MAIL TO:

| | |
|---|---|
| David M. Barnes </br> Robin Tatum Currin </br> P.O. Box 10096 </br> Raleigh, NC 27605-0096 | Jacob Holmes Wellman </br> P.O. Box 19207 </br> Raleigh, NC 27619-9207 |

| | |
|---|---|
| November 29, 2007 </br> Date | DENNIS P. IAVARONE </br> Clerk of Court </br></br> /s/ Susan K. Enyart </br> *(By) Deputy Clerk* |
| *Wilmington, North Carolina* | |