AO 450 (Rev. 5/85)

# United States District Court
## EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| PAUL MICKELSEN, et al., )<br>         Plaintiffs, )<br>)<br>)<br>v. )<br>)<br>WARREN COUNTY, NORTH CAROLINA, )<br>         Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:06-CV-360-F** |

\_\_\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the court's order on bill of costs dated July 18, 2008 and with no objections being filed, costs are taxed in the amount of $1,724.90 against the Plaintiffs Paul Mickelsen and Barbara Mickelsen.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **August 11, 2008**, AND A COPY MAILED VIA ELECTRONICALLY OR BY REGULAR MAIL TO:

| | |
|---|---|
| David M. Barnes<br>Robin Tatum Currin<br>P.O. Box 10096<br>Raleigh, NC 27605-0096 | Jacob Holmes Wellman<br>P.O. Box 19207<br>Raleigh, NC 27619-9207 |
| <u>August 11, 2008</u><br>Date | DENNIS P. IAVARONE<br>Clerk of Court |
| |  /s/ Susan K. Enyart<br>*(By) Deputy Clerk* |
| *Wilmington, North Carolina* | |